UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

KATHERINE ELISABETH PATTERSON

Case No.: 3:26-cv-203

     Plaintiff,

vs.

EXPERIAN INFORMATION SOLUTIONS, INC.
TRANS UNION, LLC
NATIONAL CREDIT SYSTEMS, INC.
TXU ENERGY RETAIL COMPANY
MRS BPO, LLC

     Defendants.

## NOTICE OF SUBSTITUTION OF COUNSEL

COMES NOW, Defendant TXU Energy Retail Company ("TXU") and files this Notice of Substitution of Counsel as follows:

1. This case was originally filed in the Eastern District of Virginia, and TXU retained counsel in Virginia.

2. On April 20, 2026, this case was transferred to this instant court, in the Eastern District of Pennsylvania.

3. TXU retained counsel licensed in Virgina, Andrew Biondi of Sands Anderson PC.

4. TXU now seeks to substitute its Virginia counsel with counsel admitted in the Eastern District of Pennsylvania.

5. The contact information for TXU's new counsel is as follows:

Brendan H. Little
50 Fountain Plaza, Suite 1700
Buffalo, NY 14202 2216
Phone: 716.853.5100
Fax: 716.853.5199

1

Email: blittle@lippes.com

WHEREFORE, Defendant TXU Energy Retail Company respectfully requests this Court accept this Notice of Substitution of Counsel, notate Mr. Little as counsel of record going forward, and remove TXU's previous counsel from this matter.

Dated: June 5, 2026

/s/Andrew Biondi
Andrew Biondi
Sands Anderson PC
PO Box 1998, Richmond, VA 23218 1998
Direct: (804) 783-7265
Main: (804) 648 1636
ABiondi@sandsanderson.com


Outgoing Counsel

/s/Brendan H. Little
Brendan H. Little
50 Fountain Plaza, Suite 1700
Buffalo, NY 14202 2216
Phone: 716.853.5100 ext. 1233
Direct: 716.218.7570
Fax: 716.853.5199
blittle@lippes.com


Incoming Counsel

2