**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

KATHERINE ELISABETH PATTERSON,

Plaintiff,

v. Civil Action No. 2:26-cv-02697-GJP

EXPERIAN INFORMATION SOLUTIONS, INC.;
TRANS UNION, LLC;
NATIONAL CREDIT SYSTEMS, INC.;
TXU ENERGY RETAIL COMPANY; and
MRS BPO, LLC,

Defendants.

**NOTICE OF SETTLEMENT**

Plaintiff KATHERINE ELISABETH PATTERSON ("Ms. Patterson"), by counsel, hereby notifies the Court that a settlement has been reached regarding all claims between Ms. Patterson and **TRANS UNION, LLC** ***only.*** Ms. Patterson and **TRANS UNION, LLC** are in the process of completing the final settlement documents. Pending execution of these settlement documents, Ms. Patterson and **TRANS UNION, LLC** shall timely file the proper form of dismissal with the Court.

Dated: July 23, 2026

Respectfully submitted,

**KATHERINE ELISABETH PATTERSON,**

/s/ *Leonard A. Bennett*

Leonard A. Bennett
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris
Blvd., Suite 1A
Newport News, VA 23601
757-930-3660
Fax: 757-930-3662
Email: lenbennett@clalegal.com

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I certify that on July 23, 2026, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to all counsel of record.

/s/ *Leonard A. Bennett*

Leonard A. Bennett
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris
Blvd., Suite 1A
Newport News, VA 23601
757-930-3660
Fax: 757-930-3662
Email: lenbennett@clalegal.com