# EXHIBIT "A"

**Petition for Eviction from Residential Premises**

Case No. 234100453979

BH Copper Bridges LLC
Landlord (Plaintiff) §
vs. Katherine Patterson §
Tenant (Defendant) §

IN THE JUSTICE COURT OF
Harris County, Texas, Precinct __ Place __

Name of Landlord *(provide full legal name)*: BH Copper Bridges LLC, referred to as "Plaintiff."

**Tenants.** 1. Name of Tenant *(provide full legal name)*: Katherine Patterson.
Defendant may be served at *(provide street address and telephone number, if known)*:
1000 Cypress Station Dr. #1313 Houston, TX 77090.
All other home and work addresses of this Defendant in Harris County that are known to the Plaintiff are:
Same

☒ Plaintiff knows of no other home or work addresses of this Defendant in Harris County.

2. Name of Tenant *(provide full legal name)*: N/A
Defendant may be served at *(provide street address and telephone number, if known)*:
N/A
All other home and work addresses of Defendant in Harris County that are known to the Plaintiff are:
N/A

RECEIVED DEC 18 2023 BY:

☒ Plaintiff knows of no other home or work addresses of this Defendant in Harris County. Tenant(s) are referred to as "Defendant.

**Premises.** Plaintiff seeks possession of following Premises *(describe premises, i.e. house, apartment building, including street address)*:
1000 Cypress Station Dr. #1313 Houston, TX 77090

**Grounds for Eviction.** Plaintiff seeks to evict Defendant for the following reason:

☒ **Failure to pay rent:**
Residential Lease: ☒ Written ☐ Oral Beginning date of Lease: 9/29/2023 End date of Lease: 9/30/2024
Rent: $ 1260 per month *(e.g. month, week)* Date of last rental payment: 10/2/2023
Total amount of rent due and unpaid on date of filing: $ 2520.00
Rent subsidized by government: $ 0 paid by ——; $ 1410 paid by the Defendant.

☐ **Violation of Lease:** Tenant violated Paragraph No.____ of the Lease by *(describe violation)*:

☐ **Holding over after termination of right to possession:** Date of notice of termination:

☐ **Foreclosure:** Plaintiff purchased the Premises at foreclosure on
☐ Plaintiff intends to live in the Premises as Plaintiff's primary residence.
☐ Defendant is a tenant of the former owner; End date of Lease: ____ Rent: $____ per ____

**Notice to Vacate:** Date Notice to Vacate Delivered: 12/6/2023 Manner of delivery Hand delivered.

☐ **Attorney Fees:** Plaintiff seeks attorney fees as follows:
Contractual: Lease (written) Paragraph No. ____ Amount of Attorney Fees claimed: $____
Statutory: Written demand to vacate sent on: ____ Date received: ____ Attorney Fees claims: $____

Plaintiff requests possession of the Premises, past due rent, if applicable, attorney's fees, if applicable, court costs, and such other and further relief to which Plaintiff may be entitled.

Respectfully submitted,
[signature]
*Signature of Plaintiff, Plaintiff's Attorney or Authorized Agent*

Maria Benavidez — Printed Name
Asst. Manager — Title

Address: 1000 Cypress Station Dr.
Houston, TX 77090
Daytime Telephone: 281-893-1111 Fax Number:
State Bar No.

☐ Plaintiff consents to the e-mail service of the answer and any other motions or pleadings to this e-mail address:
E-Mail Address: classtmanager@aiopa.com

THE STATE OF TEXAS §
COUNTY OF HARRIS §

DEC 18 2023

____, by ____, Plaintiff.

Clerk [signature] Notary Public


*THE STATE OF TEXAS*
*COUNTY OF HARRIS*

*The undersigned Clerk of the Justice Court certifies that this is a true and correct copy of the original record in the custody of the Court. Witness my hand and the seal of the Court on April 9, 2026*

[signature]
*Clerk, Justice Court, Precinct 4, Place 1*

Clerk, Justice Court, Precinct 4, Place 1

NOTICE TO VACATE FOR NON-PAYMENT OF RENT, UTILITIES OR OTHER SUMS

Copper Lodge
1000 Cypress Station Dr
HoustonTX77090
281-893-1111

Date 12/04/2023

**Katherine Patterson, &**
**All Other Leaseholders and Occupants**
(Names of all residents)

1000 Cypress Station Dr *Unit #1313*
(Street address and dwelling unit number, if applicable)
HoustonTX77090 *(owner)*
(City, State, Zip)

*Re: Notice to vacate for non-payment of rent, utilities or other sums*

TAA Lease Contract dated 09/29/2023 between the residents named above and BH Copper Property LLC

Dear Resident(s):

Because you have not paid rent, and allocated or submetered utilities, and utility bill for which you are responsible and/or m other sums due under the lease on your dwelling unit, your rights of occupancy and possession are hereby terminated under the provisions of your lease. You are still liable for rent and other charges you may owe under the TAA Lease Contract. Details of unpaid sums due are as follows:

**2,650.31 as of today's date.**

Demand for possession is hereby made. You are hereby given notice to vacate the dwelling on or before 11:59 p.m. on the 3rd day after this notice is dated. Your failure to move out then will result in appropriate legal action by us before the Justice of the Peace. Delay or postponement of such action does not waive our rights. This notice to vacate is unconditional.

If you wish to discuss this notice or you are vacating the dwelling, please contact us.

12/04/2023
Date notice was given

Darait Montelongo
*Signature of owner's representative*

*Darait Montelongo*
Printed name

281-893-1111
Phone Number

*CopperLodge@Q10pa.com*
*Email Address*

Eviction – Judgment/Dismissal Order NonJury

In the Justice Court
Precinct 4, Place 1

Harris County
State of Texas

**Case Number: 234100455979**

BH Copper Bridges LLC
Plaintiff
vs.
Katherine Patterson
Defendant

Represented by:

Represented by:

Leased Premises: 1000 Cypress Station Dr #1313 Houston TX 77090

Plaintiff(s) ☑ Present ☐ Not Present at Trial
Defendant(s) ☑ Present ☐ Not Present at Trial

On 01/09/2024 the court heard the above-numbered and styled cause.

☐ **DEFAULT JUDGMENT FOR PLAINTIFF**
The Plaintiff, being present, announced ready for trial. The Defendant, although having been duly cited and served with process, said citation with the officer's return thereon having been on file with the clerk of this court, failed to appear or answer in its behalf, and wholly made default. It is therefore decreed that judgment is entered for the Plaintiff for possession of the above described premises, and further, that the Plaintiff have judgment against the Defendant(s) for $ _________ as rent owed, plus $ _________ as attorney fees, all costs of court, together with post-judgment interest at a rate of 8.50% per annum from the date of judgment until paid, for which let execution issue. No writ of possession will issue before **January 18, 2024**. The Defendant(s) appeal bond is set at: $ 2520-.

☑ **JUDGMENT FOR PLAINTIFF** - Defendant left court
The Plaintiff and Defendant, being present, announced ready for trial. The court, having heard the evidence, determined judgment is for the Plaintiff for possession of the above described premises. It is therefore decreed that judgment is entered for the Plaintiff for possession of the above described premises, and further, that the Plaintiff have judgment against the Defendant(s) for $3780- as rent owed, plus $ — as attorney fees, all costs of court, together with post-judgment interest at a rate of 8.50% per annum from the date of judgment until paid, for which let execution issue. No writ of possession will issue before **January 18, 2024**. The Defendant(s) appeal bond is set at: $ 2520-.

☐ **JUDGMENT FOR DEFENDANT**
The Plaintiff and Defendant, being present, announced ready for trial. The court, having heard the evidence, determined judgment is for the Defendant for possession of the above described premises. It is therefore decreed that the Plaintiff take nothing and that judgment is entered for the Defendant(s) for $_________ as attorney fees, all costs of court, together with post-judgment interest at a rate of 8.50% per annum from the date of judgment until paid, for which let execution issue. The Plaintiff's appeal bond is set at $500.00.

☐ The court ORDERS that this case is **DISMISSED**:

- ☐ due to lack of jurisdiction.
- ☐ as Plaintiff did not appear.
- ☐ on motion of the ☐ Plaintiff ☐ Defendant.
- ☐ by agreement of the parties and that each side bears their cost incurred.

**The court denies all other relief not granted above.**

You may appeal this judgment by filing a bond, making a cash deposit, or filing a Statement of Inability to Afford Payment of Court Costs within 5 days after this judgment was signed. See Texas Rule of Civil Procedure 510.9(a).

If you are an individual (not a company), your money or property may be protected from being taken to pay this judgment. Find out more by visiting www.texaslawhelp.org/exempt-property. / *Si usted es una persona física (y no una compañía), su dinero o propiedad pudieran estar protegidos de ser embargados como pago de esta deuda decretada en juicio en contra suya. Obtenga mayor información visitando el sitio www.texaslawhelp.org/exempt-property.*

Signed: 01/09/2024

*THE STATE OF TEXAS*
*COUNTY OF HARRIS*

*The undersigned Clerk of the Justice Court certifies that this is a true and correct copy of the original record in the custody of the Court. Witness my hand and the seal of the Court on April 9, 2026*

Lincoln Goodwin
Justice of the Peace Precinct 4, Place 1

**Payment of Rent during the Pendency of Any Appeal:**

☐ The amount of rent to be paid each rental pay period during the pendency of any appeal is $ 1260.

☐ A portion of the rent is payable by a government agency, and the amount of rent to be paid each rental pay period during the pendency of any appeal is: $_________ by Defendant and $_________ by government agency.

Katherine Patterson
1000 Cypress Station Dr #1313
Houston TX 77090

## NOTICE TO PARTIES INTENDING TO APPEAL

### RIGHT TO REQUEST AN APPOINTMENT OF ATTORNEY

If you intend to appeal the Judgment of the Justice Court by filing a sworn statement of inability to pay, you have the right to request the appointment of an attorney to represent you in the proceedings in the County Civil Courts at Law. You may exercise this right after the sworn statement has been approved and the appeal perfected. You must make your request for the appointment of an attorney, in writing, to the County Civil Court at Law in which the appeal is filed.

An appointed attorney's representation is in the trial de novo in County Civil Court at Law. The County Civil Court at Law may terminate the representation for cause.

### APPEAL BY PAUPER'S AFFIDAVIT OR SURETY BOND

You may appeal the judgment of the Justice Court by posting cash, posting a surety bond, or by filing a sworn statement of inability to pay no later than the 5th day after the date judgment is signed.

If you are the tenant and file a sworn statement of inability to pay or a surety bond to appeal an eviction for nonpayment of rent, you must pay the initial deposit of rent into the registry of the Justice Court within five (5) days of the date you file the sworn statement or surety bond. The rent must be paid by cashier's check or money order payable to the "Justice of the Peace."

**Your failure to pay the first deposit of rent into the Justice Court registry by the required date and time may result in the issuance of a writ of possession without a hearing.** Because the appeal has been perfected even though a writ of possession has issued, the transcript and original papers will be forwarded to the County Civil Court at Law for trial de novo.

### RIGHT TO CONTEST PORTION OF RENT PAID BY GOVERNMENT AGENCY

If a government agency is responsible for all or a portion of the rent, either party may contest the determination of the portion of rent to be paid by the tenant. A contest must be filed with the Justice Court on or before the 5th day after the date the judgment in the eviction proceeding is signed. Not later than the 5th day after the contest is filed, the Justice Court will notify the parties and hold a hearing to determine the amount to be paid by the tenant under the terms of the rental agreement and applicable laws and regulations. If the tenant object to the Justice Court's ruling on the portion of rent to be paid, the tenant is required to pay only the portion that the tenant claims is owed until the issue is heard in the County Civil Court at Law. During the appeal, the tenant or the landlord may file a motion with the County Civil Court at Law to reconsider the amount of rent that the tenant must pay into the Registry of the Court.