IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KATHERINE ELISABETH PATTERSON,<br><br>*Plaintiff*,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION, LLC, NATIONAL CREDIT SYSTEMS, INC., TXU ENERGY RETAIL COMPANY, MRS BPO, LLC<br><br>*Defendants*. | Civil No. 2:26-cv-02697-GJP |

**ORDER GRANTING NATIONAL CREDIT SYSTEMS, INC'S MOTION FOR JUDGMENT ON THE PLEADINGS PURSUANT TO RULE 12(c)**

AND NOW, this _____ day of _________, 2026, upon consideration of the *Defendant National Credit Systems, Inc.'s Motion for Judgment on the Pleadings pursuant to Rule 12(c)* (the "Motion") [Doc. __], and any response and reply to the Motion, the Court hereby **GRANTS** the Motion, and it is hereby **ORDERED** that Plaintiff's claims against National Credit Systems, Inc. are dismissed with prejudice with costs taxed against Plaintiff.

BY THE COURT:

______________________________
Gerald J. Pappert, J.